IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA BROGAN,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MONTGOMERY TOWNSHIP et al.,** | : | |
| Defendants. | : | NO. 14-6230 |

## ORDER

AND NOW, this 14th day of July, 2015, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 16), the Response thereto (Doc. No. 17), and Defendants' Reply (Doc. No. 18), as well as the oral argument on the Motion held on July 10, 2015, the Court **hereby ORDERS** that the Motion is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying Memorandum Opinion.

BY THE COURT:

s/Gene E.K. Pratter_____
GENE E.K. PRATTER
United States District Judge

1